IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Donald R | Case Number: 07 B 01890 |
| | Judge: Squires, John H |
| Printed: 2/12/08 | Filed: 2/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 2, 2008
Confirmed: April 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,098.00 | |
| Secured: | | 1,592.63 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,338.07 |
| Trustee Fee: | | 167.30 |
| Other Funds: | | 0.00 |
| Totals: | 3,098.00 | 3,098.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,000.00 | 1,338.07 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Citigroup | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 11,795.56 | 1,592.63 |
| 6. | Barclays Capital Real Estate | Secured | 21,515.35 | 0.00 |
| 7. | HomeComings Financial Network | Secured | 11,774.13 | 0.00 |
| 8. | American General Finance | Unsecured | 6,911.21 | 0.00 |
| 9. | Nicor Gas | Unsecured | 640.58 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 11. | CBNA | Unsecured | | No Claim Filed |
| 12. | CBNA | Unsecured | | No Claim Filed |
| 13. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 14. | SBC | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 54,636.83 | $ 2,930.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 167.30 |
| | _____ |
| | $ 167.30 |

Case 07-01890   Doc 50   Filed 02/12/08   Entered 02/12/08 09:03:31   Desc   Page 2 of 2

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Williams, Donald R | Case Number:  07 B 01890 |
| | Judge:  Squires, John H |
| Printed:  2/12/08 | Filed:  2/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____